DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## SCOVILL MFG. CO. v. GUILFORD COUNTY and SCOVILL MFG. CO. v. GREENSBORO

No. 46 PC.

Case below: 28 N.C. App. 209.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

## STATE v. AUSTIN

No. 22 PC.

Case below: 27 N.C. App. 395.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

## STATE v. BARBOUR

No. 39 PC.

Case below: 28 N.C. App. 259.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1976.

## STATE v. BOZEMAN

No. 65 PC.

Case below: 28 N.C. App. 404.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

## STATE v. BUCHANAN

No. 58 PC.

Case below: 28 N.C. App. 163.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.